UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN ANTONIO AREVALO MILLAN, on his own and on behalf of others similarly situated,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States;<br>PAMELA BONDI, Attorney General of the United States, in her official capacity;<br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>PETE HEGSETH, Secretary of the U.S. Department of Defense, in his official capacity;<br>U.S. DEPARTMENT OF DEFENSE;<br>MARCO RUBIO, Secretary of State, in his official capacity;<br>U.S. DEPARTMENT OF STATE;<br>TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br>DAVID MARIN, in his official capacity as Director of the Los Angeles Field Office Director for U.S. Immigration and Customs Enforcement; | Case No. 5:25-cv-01207-JWH-PDx<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER [ECF No. 6]** |

1  FERETI SEMAIA, in his official
       capacity as Warden of the GEO
2      Group Adelanto ICE Processing
       Center and Desert View Annex; and
3  DOES 1-10,

4              Respondents-Defendants.

Case 5:25-cv-01207-JWH-PD    Document 22    Filed 05/30/25    Page 3 of 3    Page ID #:339

On May 19, 2025, the Court granted in part the motion of Petitioner-Plaintiff Darwin Antonio Arevalo Millan ("Arevalo") for temporary injunctive relief against Respondents-Defendants Donald J. Trump, Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Pete Hegseth, U.S. Department of Defense, Marco Rubio, U.S. Department of State, Todd Lyons, U.S. Immigration and Customs Enforcement, David Marin, and Fereti Semaia (collectively, the "Government").[1] The Court also granted in part Arevalo's application to certify a class of detainees located in this judicial district.[2] The Order provided that the temporary injunctive relief would expire at the conclusion of a hearing on May 30, 2025.[3]

TROs may remain in effect for up to 14 days. *See* Fed. R. Civ. P. 65(b)(2). The Court deems it appropriate to extend the temporal duration of the Order to that limit. Accordingly, the Court hereby **ORDERS** that the Order [ECF No. 6] is **EXTENDED.** The Order shall remain in effect until Monday, June 2, 2025, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: May 30, 2025



John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]  *See* Ord. re. Pet.-Pl.'s *Ex Parte* Appl. for a Temporary Restraining Order (the "Order") [ECF No. 6]; *see also* Pet.-Pl.'s Emergency Appl. for a Temporary Restraining Order [ECF No. 2].

[2]  *See generally* Order.

[3]  *See id.*

-3-