UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01207-JWH (PDx) | Date | May 30, 2025 |
| Title | *Darwin Antonio Arevalo Millan v. Donald J. Trump et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Priscilla Deason | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Jonathan Schroeder | Paul Bartholomew Green |

**Proceedings:** **HEARING RE: PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION [2]; PLAINTIFF'S MOTION TO CERTIFY CLASS [3]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court **ORDERS** as follows:

1. The seal imposed on this case is **LIFTED**. All documents filed in this case to date are **UNSEALED**.

2. Plaintiff's Application for Preliminary Injunction [ECF No. 2] and Plaintiff's Motion to Certify Class [ECF No. 3] are taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

Time: 02:26
Initials of Preparer: pd