# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darwin Antonio Arevalo Millan<br><br>PLAINTIFF(S)<br>v.<br>Donald J. Trump et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:25-cv-01207-JWH (PDx)<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 6/2/2025 | 27 | AMENDED ORDER |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 6/2/2025

By: _/s/ J. E. Hill_
U.S. District Judge/ John W. Holcomb