# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN ANTONIO AREVALO MILLAN, on his own and on behalf of others similarly situated,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States;<br>PAMELA BONDI, Attorney General of the United States, in her official capacity;<br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>PETE HEGSETH, Secretary of the U.S. Department of Defense, in his official capacity;<br>U.S. DEPARTMENT OF DEFENSE;<br>MARCO RUBIO, Secretary of State, in his official capacity;<br>U.S. DEPARTMENT OF STATE;<br>TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br>DAVID MARIN, in his official capacity as Director of the Los Angeles Field Office Director for U.S. Immigration and Customs Enforcement; | Case No. 5:25-cv-01207-JWH-PDx<br><br>**ORDER CLARIFYING BOND REQUIREMENTS** |

1  FERETI SEMAIA, in his official
2  capacity as Warden of the GEO Group Adelanto ICE Processing Center and Desert View Annex; and
3  DOES 1-10,
4        Respondents-Defendants.

On June 2, 2025, the Court granted in part the motion of Petitioner-Plaintiff Darwin Antonio Arevalo Millan for a preliminary injunction against Respondents-Defendants Donald J. Trump, Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Pete Hegseth, U.S. Department of Defense, Marco Rubio, U.S. Department of State, Todd Lyons, U.S. Immigration and Customs Enforcement, David Marin, and Fereti Semaia (collectively, the "Government").[1] In that Order, the Court directed Arevalo to post a bond in the nominal sum of $1 no later than June 16, 2025.[2]

On its own motion, the Court hereby **CLARIFIES** that Arevalo shall deposit into the Registry of the Court the bond in the amount of $1 in accordance with Local Rule 65-10. The Registry is **DIRECTED** to accept that deposit.

**IT IS SO ORDERED.**

Dated: June 16, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] See Amended Order re. Pet.-Pl.'s Emergency Appl. for a Temporary Restraining Order (the "Order") [ECF No. 29].

[2] See id.