UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-01207-JWH (PDx) | Date | October 3, 2025 |
|---|---|---|---|
| Title | *Darwin Antonio Arevalo Millan v. Donald J. Trump et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Jonathan Schroeder | Nancy Naseem Safavi |

**Proceedings:** **HEARING RE: GOVERNMENT'S *EX PARTE* APPLICATION TO STAY CASE [67]; PETITIONER'S *EX PARTE* APPLICATION FOR PERMANENT INJUNCTIVE RELIEF [68]; STATUS CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court **ORDERS** as follows:

1.   The Government's *Ex Parte* Application [ECF No. 67] is **DENIED without prejudice**.

2.   Petitioner's *Ex Parte* Application [ECF No. 68] is **DENIED**.

3.   The parties are **DIRECTED** to file a Joint Report no later than October 17, 2025, regarding the status of this case in view of Petitioner's proceedings in Immigration Court.

**IT IS SO ORDERED.**

Time: 01:08
Initials of Preparer: cla