JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN ANTONIO AREVALO MILLAN, on his own and on behalf of others similarly situated,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Respondents-Defendants. | Case No. 5:25-cv-01207<br><br>**ORDER ON JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Honorable John W. Holcomb<br>United States District Judge |

The Court, having read and considered the Joint Stipulation to Stay Proceedings, and finding good cause therefor, it is hereby **ORDERED** as follows:

1. Proceedings in this Court are **STAYED** pending the disposition of *W.M.M. v. Trump*, No. 25-10534 (5th Cir.). Any party may move at any time to modify or vacate the stay, for good cause shown.

2. The parties are **DIRECTED** to notify the Court following a decision of the *en banc* Fifth Circuit and a disposition of any petition for writ of certiorari from the Supreme Court, or the expiration of the time in which to petition the Supreme Court.

3. The parties are also **DIRECTED** to file a Joint Status Report no later than January 23, 2026, and every 90 days thereafter, that advises the Court regarding the status of the *W.M.M. v. Trump* case and any other matter that may affect the posture of this case.

4. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

October 21, 2025
Date

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2